UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CENTER FOR BIOLOGICAL DIVERSITY,
et al.,

    Plaintiffs,

        -v-

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

    Defendants.
------------------------------------x

20-cv-6572 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    Now before the Court are plaintiffs' motion for summary judgment, ECF No. 22, and defendants' cross-motion for summary judgment, ECF No. 31. Upon consideration, the Court denies plaintiffs' motion and grants defendants' motion. An opinion explaining the reasons for this ruling will follow in due course.

    SO ORDERED.

Dated:  New York, NY
       February 26, 2021

                                    JED S. RAKOFF, U.S.D.J.