**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CENTER FOR BIOLOGICAL DIVERSITY,
et al.,

                       Plaintiffs,                  20 **CIVIL** 6572 (JSR)

              -against-                         **JUDGMENT**

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

                       Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion dated June 2, 2021, for the forgoing reasons, by bottom line order,

ECF No. 40, this Court denied the plaintiffs' motion for summary judgment and granted the

defendants' motion for summary judgment; accordingly, this case is closed.


**Dated:** New York, New York
        June 3, 2021



                                 **RUBY J. KRAJICK**
                             _____
                                 **Clerk of Court**
         **BY:**
                                   **Deputy Clerk**